FILED
2/18/20 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Richard E. Lawrence, Jr., | ) | |
| *Debtor* | ) | Case No. 20-10080-TPA |
| | ) | Chapter 13 |
| Richard E. Lawrence, Jr., | ) | |
| *Movant* | ) | Document No.   10 |
| | ) | |
| No Respondents | ) | |

## **ORDER OF COURT**

AND NOW, to wit, this ___18th___ day of _____February_____, 2020, it is hereby

ORDERED, ADJUDGED and DECREED, that the debtor, Richard E. Lawrence, Jr. is

hereby granted an extension until February 28, 2020 to file a completed Chapter 13

petition and plan.   No further extensions will be granted.

_____
Honorable Thomas P. Agresti **ljm**
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                    Case No. 20-10080-TPA
Richard E. Lawrence, Jr.                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: agro              Page 1 of 1              Date Rcvd: Feb 18, 2020
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
```
db              +Richard E. Lawrence, Jr.,    10143 Williamson Road,    Meadville, PA 16335-5159
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
NONE.                                                                          TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
```
            James  Warmbrodt    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
             Association bkgroup@kmllawgroup.com
            Kenneth M. Steinberg    on behalf of Debtor Richard E. Lawrence, Jr.
             julie.steidl@steidl-steinberg.com,
             kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
             ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
             dl-steinberg.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 4
```