IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard E. Lawrence, Jr., | ) | Case No. 20-10080 TPA |
| | ) | Chapter 13 |
| Social Security No. XXX-XX- 4950 | ) | |
| | ) | |
| Debtor | ) | Related to Docket No. 23 |
| | ) | |
| Richard E. Lawrence, Jr., | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Diehl Automotive of Grove City Inc. | ) | |
| And Ronda J. Winnecour, Trustee | ) | |
| | ) | |
| Respondents | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 13, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Richard E. Lawrence, Jr.
10143 Williamson Road
Meadville, PA 16335

Diehl Automotive of Grove City Inc.
Attn: Payroll Dept.
1687 West Main Street Ext.
Grove City, PA 16127

Date of Service: March 13, 2020

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244