**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 20–10080–TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Richard E. Lawrence Jr.
  10143 Williamson Road
  Meadville, PA 16335

Social Security No.:
  xxx–xx–4950

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–391–8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412–471–5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 16, 2020<br>11:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 16, 2020<br>11:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**MEETING RESCHEDULED DUE TO COVID–19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/26/20

BY THE COURT

Thomas P. Agresti
Judge

```
                         United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 20-10080-TPA
Richard E. Lawrence, Jr.                                            Chapter 13
         Debtor             CERTIFICATE OF NOTICE
District/off: 0315-1           User: agro                   Page 1 of 3                   Date Rcvd: Mar 26, 2020
                               Form ID: rscCOVID            Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db             +Richard E. Lawrence, Jr.,    10143 Williamson Road,    Meadville, PA 16335-5159
15193220        Behalf,    PO Box 781468,   Philadelphia, PA 19178-1468
15193241      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:    Citizens Bank,    480 Jefferson Blvd,    Warwick, RI 02886)
15193242      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:    Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,
                 Riverside, RI 02940)
15221653      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
               (address filed with court:    Citizens Bank N.A.,    One Citizens Bank Way,    Mailstop: JCA115,
                 Johnston, RI 02919)
15193244      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,   NEWARK DE 19714-8099
               (address filed with court:    Continental Finance Company,    Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
15207830        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15193234       +Citgo Credit Card,    9510 W. 67th St.,    Shawnee, KS 66203-3614
15193235       +Citi/L.L. Bean,    Po Box 6497,   Sioux Falls, SD 57117-6497
15193236       +Citi/L.L. Bean,    Attn: Bankruptcy,    Po Box 6742,    Sioux Falls, SD 57117-6742
15193237       +Citibank,    Po Box 6217,   Sioux Falls, SD 57117-6217
15193238       +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,     Po Box 790034,
                 St Louis, MO 63179-0034
15193239       +Citibank/Best Buy,    Po Box 6497,   Sioux Falls, SD 57117-6497
15193240       +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,     Po Box 790034,
                 St Louis, MO 63179-0034
15193248       +Deptartment Store National Bank/Macy's,     Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
15193247       +Deptartment Store National Bank/Macy's,     Po Box 8218,    Mason, OH 45040-8218
15193252       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15193249       +FedLoan Servicing,    Pob 60610,   Harrisburg, PA 17106-0610
15193256       +Home Depot,    5800 South Corporate Place,    Sioux Falls, SD 57108-5027
15214842       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15193262        Meadville Medical Center,    PO Box 219714,    Kansas City, MO 64121-9714
15193263       +Mercury Card,    1415 Warm Springs Rd,    Columbus, GA 31904-8366
15218267       +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
15193264       +NCR-eRecovery,    506 Manchester Expressway,    Suite A12,    Columbus, GA 31904-6482
15193268       +PNC Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
15193270       +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,     Cleveland, OH 44101-4982
15221476       +PNC Bank, N.A.,    PO Box 94982,   Cleveland, OH 44101-4982
15193273       +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15193272       +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
15193274       +Snap On Crdt,    950 Technology Way,    Libertyville, IL 60048-5339
15193275       +Snap On Crdt,    950 Technology Way,    Suite 301,    Libertyville, IL 60048-5339
15193276        Staples Business,    PO Box 78004,   Phoenix, AZ 85062-8004
15193285       +Target,    Po Box 673,   Minneapolis, MN 55440-0673
15193286       +Target,    c/o Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
15193287       +The Bureaus Inc,    650 Dundee Road,    Northbrook, IL 60062-2747
15193288       +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:22      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:55:40
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15218700        E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 03:49:24      Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
15193217       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 03:49:24      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
15193215       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 03:49:24      Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
15193221       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:46      BP Credit Card,
                 C-O PO Box 965024,    Orlando, FL 32896-0001
15223178       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:57:44
                 Bureaus Investment Group Portfolio No 15 LLC,     c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15193241        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 27 2020 03:49:25      Citizens Bank,
                 480 Jefferson Blvd,    Warwick, RI 02886
15193242        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 27 2020 03:49:25      Citizens Bank,
                 Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02940
```

```
District/off: 0315-1                   User: agro                    Page 2 of 3                   Date Rcvd: Mar 26, 2020
                                       Form ID: rscCOVID             Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15221653          E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 27 2020 03:49:25      Citizens Bank N.A.,
                 One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919
15193222         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:57:42      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
15193226         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:57:38      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15197280          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:55:29
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15193245         +E-mail/Text: rkiser@co.crawford.pa.us Mar 27 2020 03:51:00      Crawford County Tax Claim Bureau,
                 903 Diamond Square,    Meadville, PA 16335-2694
15193246         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:49:56      Dental first,
                 PO Box 182120,    Columbus, OH 43218-2120
15220269          E-mail/Text: bnc-quantum@quantum3group.com Mar 27 2020 03:50:09
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
15193255          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:49:56      Giant Eagle,
                 PO Box 182789,    Columbus, OH 43218-2789
15193219          E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 27 2020 03:56:28      Amazon Visa,
                 PO Box 15369,    Wilmington, DE 19850
15193231          E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 27 2020 03:55:25      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15193228          E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 27 2020 03:57:33      Chase Card Services,
                 Po Box 15369,    Wilmington, DE 19850
15193257         +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Mar 27 2020 03:51:50      Kabbage,
                 PO Box 77081,    Atlanta, GA 30357-1081
15193258         +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 27 2020 03:51:02      KeyBank,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15193259         +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 27 2020 03:51:03      KeyBank,
                 4910 Tiedeman Road,    Oh-01-51-0622,    Brooklyn, OH 44144-2338
15193260         +E-mail/Text: bncnotices@becket-lee.com Mar 27 2020 03:49:31      Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
15193261         +E-mail/Text: bncnotices@becket-lee.com Mar 27 2020 03:49:31      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15207709          E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2020 03:56:52      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15193266         +E-mail/Text: bnc@nordstrom.com Mar 27 2020 03:49:37      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
15193265         +E-mail/Text: bnc@nordstrom.com Mar 27 2020 03:49:37      Nordstrom FSB,    13531 E. Caley Ave,
                 Englewood, CO 80111-6505
15206151          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:56:40
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15193267         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:27      Paypal Working Capital,
                 PO Box 5018,    Lutherville Timonium, MD 21094-5018
15193279         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:19      Syncb/PPC,    Po Box 965005,
                 Orlando, FL 32896-5005
15193280         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:55:55      Syncb/PPC,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15193277         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:41      Syncb/ebay,    Po Box 965013,
                 Orlando, FL 32896-5013
15193278         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:55:15      Syncb/ebay,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15193670         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:53      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15193282         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:55:22      Synchrony Bank/Amazon,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15193281         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:56:48      Synchrony Bank/Amazon,
                 Po Box 965015,    Orlando, FL 32896-5015
15193284         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:58:06      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15193283         +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:58:06      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15193289          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 27 2020 03:49:57      Wayfair,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
                                                                                               TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               PNC Mortgage, a Division of PNC Bank, National Ass
cr*             +PNC BANK N.A.,   PO BOX 94982,    CLEVELAND, OH 44101-4982
15193218*       +Ally Financial,    Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
15193216*       +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15193243*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,     Pob 8099,   Newark, DE 19714)
15193224*        Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
15193225*        Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
15193223*       +Capital One,   Po Box 30281,    Salt Lake City, UT 84130-0281
15193227*       +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15193253*       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
```

```
District/off: 0315-1              User: agro                  Page 3 of 3                   Date Rcvd: Mar 26, 2020
                                  Form ID: rscCOVID           Total Noticed: 73


              ***** BYPASSED RECIPIENTS (continued) *****
15193254*        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15193250*        +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
15193251*        +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
15193232*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                   Wilmington, DE 19850)
15193233*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                   Wilmington, DE 19850)
15193229*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Po Box 15369,    Wilmington, DE 19850)
15193230*       ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Po Box 15369,    Wilmington, DE 19850)
15193271*        +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15193269*        +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15215825*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                              TOTALS: 1, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Richard E. Lawrence, Jr.
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```