Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard E. Lawrence Jr.**
   Debtor(s)

Bankruptcy Case No.: 20–10080–TPA
Per August 4, 2020 Proceeding
Chapter: 13
Docket No.: 42 – 20, 40
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 6, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Ally Bank (Claim No. 19); Crawford County Tax Claim Burueau (Claim No. 34) as secured at statutory rate; PNC Bank (Claim No. 30) following payment changes of record .

☒  H.    Additional Terms: The secured claim of the following Creditor shall govern as to claim amount, to be paid at the modified plan terms: Snap On Credit (Claim No. 2).

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 5, 2020

Thomas P. Agresti, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-10080-TPA
Richard E. Lawrence, Jr.                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: jmar           Page 1 of 3           Date Rcvd: Aug 05, 2020
                              Form ID: 149         Total Noticed: 77

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
```
db              +Richard E. Lawrence, Jr.,   10143 Williamson Road,   Meadville, PA 16335-5159
15193220         Behalf,    PO Box 781468,    Philadelphia, PA 19178-1468
15193244        ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,    Attn: Bankruptcy,    Po Box 8099,
                 Newark, DE 19714)
15207830         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15193234        +Citgo Credit Card,    9510 W. 67th St.,    Shawnee, KS 66203-3614
15193235        +Citi/L.L. Bean,    Po Box 6497,   Sioux Falls, SD 57117-6497
15193236        +Citi/L.L. Bean,    Attn: Bankruptcy,    Po Box 6742,    Sioux Falls, SD 57117-6742
15193237        +Citibank,    Po Box 6217,   Sioux Falls, SD 57117-6217
15193238        +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
15193239        +Citibank/Best Buy,    Po Box 6497,    Sioux Falls, SD 57117-6497
15193240        +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
15193248        +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
15193247        +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
15193252        +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15193249        +FedLoan Servicing,    Pob 60610,   Harrisburg, PA 17106-0610
15193256        +Home Depot,    5800 South Corporate Place,    Sioux Falls, SD 57108-5027
15214842        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15193260        +Kohls/Capital One,    Po Box 3115,    Milwaukee, WI 53201-3115
15193261        +Kohls/Capital One,    Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15193262         Meadville Medical Center,    PO Box 219714,    Kansas City, MO 64121-9714
15193263        +Mercury Card,    1415 Warm Springs Rd,    Columbus, GA 31904-8366
15218267        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
15193264        +NCR-eRecovery,    506 Manchester Expressway,    Suite A12,    Columbus, GA 31904-6482
15225628        +Nordstrom, Inc.,    Jefferson Capital Systems LLC Assignee,    Po Box 7999,
                 Saint Cloud Mn 56302-7999
15193268        +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15193270        +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15221476        +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
15193273        +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
15193272        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
15193274        +Snap On Crdt,    950 Technology Way,    Libertyville, IL 60048-5339
15193275        +Snap On Crdt,    950 Technology Way,    Suite 301,    Libertyville, IL 60048-5339
15193276         Staples Business,    PO Box 78004,    Phoenix, AZ 85062-8004
15193285        +Target,    Po Box 673,    Minneapolis, MN 55440-0673
15193286        +Target,    c/o Financial & Retail Srvs,    Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
15193287        +The Bureaus Inc,    650 Dundee Road,    Northbrook, IL 60062-2747
15193288        +The Bureaus Inc,    Attn: Bankruptcy,    650 Dundee Rd, Ste 370,    Northbrook, IL 60062-2757
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 04:26:01
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15218700         E-mail/Text: ally@ebn.phinsolutions.com Aug 06 2020 04:16:44     Ally Bank,    PO Box 130424,
                 Roseville MN 55113-0004
15193217        +E-mail/Text: ally@ebn.phinsolutions.com Aug 06 2020 04:16:44     Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
15193215        +E-mail/Text: ally@ebn.phinsolutions.com Aug 06 2020 04:16:44     Ally Financial,
                 P.o. Box 380901,    Bloomington, MN 55438-0901
15193221        +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:26:28     BP Credit Card,
                 C-O PO Box 965024,    Orlando, FL 32896-0001
15223178        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 04:25:59
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
15193241         E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 06 2020 04:16:48     Citizens Bank,
                 480 Jefferson Blvd,    Warwick, RI 02886
15193242         E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 06 2020 04:16:48     Citizens Bank,
                 Attention: ROP-15B,    1 Citizens Drive,    Riverside, RI 02940
15221653         E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 06 2020 04:16:48     Citizens Bank N.A.,
                 One Citizens Bank Way,    Mailstop: JCA115,    Johnston, RI 02919
15193222        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2020 04:27:14     Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
15193226        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2020 04:25:55     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15197280         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 06 2020 04:26:31
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15193245        +E-mail/Text: rkiser@co.crawford.pa.us Aug 06 2020 04:18:04     Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
```

```
District/off: 0315-1               User: jmar                     Page 2 of 3                   Date Rcvd: Aug 05, 2020
                                   Form ID: 149                   Total Noticed: 77


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15193246       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2020 04:17:08      Dental first,
                 PO Box 182120,    Columbus, OH 43218-2120
15220269        E-mail/Text: bnc-quantum@quantum3group.com Aug 06 2020 04:17:14
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
15226678       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 06 2020 04:18:08
                 First Financial Investment Fund Holdings, Llc,     Jefferson Capital Systems LLC Assignee,
                 Po Box 7999,    Saint Cloud Mn 56302-7999
15193255        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2020 04:17:09      Giant Eagle,
                 PO Box 182789,    Columbus, OH 43218-2789
15229113        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 06 2020 04:18:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15193219        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2020 04:27:12      Amazon Visa,
                 PO Box 15369,    Wilmington, DE 19850
15193231        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2020 04:25:53      Chase Card Services,
                 Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
15193228        E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2020 04:26:30      Chase Card Services,
                 Po Box 15369,    Wilmington, DE 19850
15193257       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Aug 06 2020 04:18:38      Kabbage,
                 PO Box 77081,    Atlanta, GA 30357-1081
15193258       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 06 2020 04:18:06      KeyBank,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
15193259       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Aug 06 2020 04:18:07      KeyBank,
                 4910 Tiedeman Road,    Oh-01-51-0622,    Brooklyn, OH 44144-2338
15193260       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 06 2020 04:16:56      Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
15193261       +E-mail/Text: PBNCNotifications@peritusservices.com Aug 06 2020 04:16:56      Kohls/Capital One,
                 Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
15207709        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 06 2020 04:26:02      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15193266       +E-mail/Text: bnc@nordstrom.com Aug 06 2020 04:17:03      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
15193265       +E-mail/Text: bnc@nordstrom.com Aug 06 2020 04:17:03      Nordstrom FSB,    13531 E. Caley Ave,
                 Englewood, CO 80111-6505
15206151        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2020 04:26:51
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15193267       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:27:10      Paypal Working Capital,
                 PO Box 5018,    Lutherville Timonium, MD 21094-5018
15193279       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:26:29      Syncb/PPC,   Po Box 965005,
                 Orlando, FL 32896-5005
15193280       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:26:29      Syncb/PPC,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15193277       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:27:10      Syncb/ebay,   Po Box 965013,
                 Orlando, FL 32896-5013
15193278       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:26:29      Syncb/ebay,   Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
15193670       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:27:10      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15229177       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:27:13      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15193282       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:27:10      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
15193281       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:27:11      Synchrony Bank/Amazon,
                 Po Box 965015,    Orlando, FL 32896-5015
15193284       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:26:28      Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
15193283       +E-mail/PDF: gecsedi@recoverycorp.com Aug 06 2020 04:26:28      Synchrony Bank/Care Credit,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
15229199       +E-mail/Text: bncmail@w-legal.com Aug 06 2020 04:18:05      TD Bank USA, N.A.,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15193289        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2020 04:17:09      Wayfair,
                 c/o Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
                                                                                               TOTAL: 43

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Mortgage, a Division of PNC Bank, National Ass
cr*            +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
15193218*      +Ally Financial,    Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
15193216*      +Ally Financial,    P.o. Box 380901,    Bloomington, MN 55438-0901
15193243*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance Company,     Pob 8099,    Newark, DE 19714)
15193224*       Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
15193225*       Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
15193223*      +Capital One,    Po Box 30281,    Salt Lake City, UT 84130-0281
15193227*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15193253*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15193254*      +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
15193250*      +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
```

```
District/off: 0315-1          User: jmar                   Page 3 of 3                  Date Rcvd: Aug 05, 2020
                              Form ID: 149                 Total Noticed: 77


              ***** BYPASSED RECIPIENTS (continued) *****
15193251*        +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
15193232*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850)
15193233*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850)
15193229*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Po Box 15369,    Wilmington, DE 19850)
15193230*       ++JPMORGAN CHASE BANK N A,     BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court:   Chase Card Services,    Po Box 15369,    Wilmington, DE 19850)
15193271*        +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15193269*        +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15228090*        +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
15215825*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
                                                                                              TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
Association bkgroup@kmllawgroup.com
      Kenneth M. Steinberg    on behalf of Debtor Richard E. Lawrence, Jr.
julie.steidl@steidl-steinberg.com,
      kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                  TOTAL: 4