Form 237

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard E. Lawrence Jr.** | : | Case No. 20−10080−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| PNC Bank, N.A. | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 30 |
| v. | : | |
| Richard E. Lawrence Jr. | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

### ORDER

    **AND NOW**, this **The 8th of March, 2021,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***PNC Bank, N.A*** at Claim No. 30 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that, unless W.PA.LBR 3002−4(d) is applied in this case, ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an ***AMENDED CHAPTER 13 PLAN;***

    (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard E. Lawrence, Jr.  
    Debtor

Case No. 20-10080-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: mgut      Page 1 of 2  
Date Rcvd: Mar 08, 2021      Form ID: 237      Total Noticed: 3

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard E. Lawrence, Jr., 10143 Williamson Road, Meadville, PA 16335-5159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2021 03:13:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| | Email/Text: Bankruptcy.Notices@pnc.com | Mar 09 2021 03:13:00 | PNC Bank, N.A., Attn: Jodi Porter, PO Box 94982, Cleveland, OH 44101 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Debtor Richard E. Lawrence Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |

District/off: 0315-1 User: mgut Page 2 of 2
Date Rcvd: Mar 08, 2021 Form ID: 237 Total Noticed: 3

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 4