FILED
5/21/21 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    Debtor: Richard E. Lawrence, Jr.
   Case Number: 20-10080-TPA      (Chapter 13)
 Date / Time / Room: 05/18/2021 09:30 am /Bankruptcy Courtroom
  Hearing Officer: CHAPTER 13 TRUSTEE

*Matter:*    #53 - Amended Plan dated 3/8/21

### *Appearances:*

Debtor:           Steinberg
Trustee:        Winnecour/ Katz / DeSimone   Warmbrodt
Creditor:

### *Proceedings:*

Recommended Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ____ Days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to_____, effective _____
7. ✓ Plan/Motion continued to 6/22/21 at 11:00 .
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by Objections are due on or before _____.
A hearing on the Amended is set for _____ at _____.
9. ___ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: