FILED
7/2/21 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| RICHARD E. LAWRENCE, JR. | : | Bankruptcy Case No. 20-10080-TPA |
| *Debtor(s)* | : | Chapter 13 |

## PLAN CONFIRMATION ORDER

**A** It is hereby **ORDERED** that with the consent of the Debtor(s), the Chapter 13 Plan dated March 8, 2021, except as modified herein as checked below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court. Confirmation of this Plan pursuant to this Order is without prejudice to reconsideration following a status conference held by the Chapter 13 Trustee to gauge the progress of Plan implementation which *Status Conference* is scheduled for *N/A* (which may, upon agreement of the Parties, be continued from time to time *provided however* that following the 3rd continuance, the matter shall be set for hearing before the Court), following which time the Plan may be modified to the satisfaction of all Parties after notice and hearing before the Court, or the status conference may be marked closed by the Chapter 13 Trustee.

**1.** *PNC Bank, Cl.#30* will be paid per the Omnibus Declaration of March 8, 2921 effective *December 2020* and thereafter *PNC Bank Cl.#30* will be paid *$603.63 effective May, 2021.*

**2.** A Fee Application must be filed if fees (including retainer) exceed *$4000*, including any fees paid to prior Counsel.

**3.** Debtor is to provide the Trustee with monthly operating reports.

**B** **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**1.** **Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

**2.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**3.** **Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**4.** **Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

Revised 1/5/2021

     **5.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**C**    **IT IS FURTHER ORDERED THAT:**

    **1.**    Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

    **2**.    Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

    **3.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

    **4.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

    **5.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

    **6.**    Debtor(s) shall file an Amended Schedule I in the event of:

    (a)  Household income increases, because of new employment, promotion, or otherwise, since any increase in disposable income shall qualify for modification under §1329 retroactive to the date of the increase.

    (b)  A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or any increase of 10% in household income. Any indicated increase in disposable income (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation or increase in household income.

    (c)  Household income increases by 1% or more over most the recently filed Schedule I. Any indicated increase in disposable income (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the increase in household income.

    **7.**    Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

    **8**.    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

    **9**.    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

    **10.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

Revised 1/5/2021

Dated: 6/24/2021

Thomas P. Agresti, Judge
U.S. Bankruptcy Court

jlm

cc: All Parties in interest to be served by Clerk in seven (7) days

Revised 1/5/2021

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard E. Lawrence, Jr.  
    Debtor

Case No. 20-10080-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: jmar      Page 1 of 5  
Date Rcvd: Jul 02, 2021      Form ID: pdf900      Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard E. Lawrence, Jr., 10143 Williamson Road, Meadville, PA 16335-5159 |
| 15193220 | | Behalf, PO Box 781468, Philadelphia, PA 19178-1468 |
| 15193244 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15207830 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15193234 | + | Citgo Credit Card, 9510 W. 67th St., Shawnee, KS 66203-3614 |
| 15193252 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15193249 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15214842 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15193262 | | Meadville Medical Center, PO Box 219714, Kansas City, MO 64121-9714 |
| 15193263 | + | Mercury Card, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15193264 | + | NCR-eRecovery, 506 Manchester Expressway, Suite A12, Columbus, GA 31904-6482 |
| 15225628 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15193274 | + | Snap On Crdt, 950 Technology Way, Libertyville, IL 60048-5339 |
| 15193275 | + | Snap On Crdt, 950 Technology Way, Suite 301, Libertyville, IL 60048-5339 |
| 15193276 | | Staples Business, PO Box 78004, Phoenix, AZ 85062-8004 |
| 15193285 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15193286 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15193287 | + | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15193288 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 02 2021 23:16:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15218700 | | Email/Text: ally@ebn.phinsolutions.com | Jul 02 2021 23:04:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15193217 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 02 2021 23:04:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15193215 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 02 2021 23:04:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15193221 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:11 | BP Credit Card, C-O PO Box 965024, Orlando, FL 32896-0001 |
| 15223178 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 02 2021 23:16:13 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15193241 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 02 2021 23:04:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |
| 15193242 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 02 2021 23:04:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens |

Case 20-10080-TPA    Doc 64    Filed 07/04/21    Entered 07/05/21 00:26:59    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0315-1 | User: jmar | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 77 |

| | | | | |
|---|---|---|---|---|
| | | | | Drive, Riverside, RI 02940 |
| 15221653 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 02 2021 23:04:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15193226 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 02 2021 23:16:12 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15193222 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 02 2021 23:16:17 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197280 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 02 2021 23:16:17 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15193236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:18 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 15193235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:14 | Citi/L.L. Bean, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15193237 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:14 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15193238 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:14 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15193240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:20 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15193239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:18 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15193245 | + | Email/Text: rkiser@co.crawford.pa.us | Jul 02 2021 23:04:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 15193248 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:15 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15193247 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:18 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15193246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:04:00 | Dental first, PO Box 182120, Columbus, OH 43218-2120 |
| 15220269 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2021 23:04:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15226678 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2021 23:04:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15193255 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:04:00 | Giant Eagle, PO Box 182789, Columbus, OH 43218-2789 |
| 15193256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 02 2021 23:16:14 | Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15229113 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 02 2021 23:04:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15193219 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 02 2021 23:16:12 | Amazon Visa, PO Box 15369, Wilmington, DE 19850 |
| 15193231 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 02 2021 23:16:12 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15193228 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 02 2021 23:16:17 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15193257 | + | Email/Text: kabbagebankruptcy@brantonlawfirm.com | Jul 02 2021 23:04:00 | Kabbage, PO Box 77081, Atlanta, GA 30357-1081 |
| 15193259 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |

| District/off: 0315-1 | User: jmar | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 77 |

| | | | |
|---|---|---|---|
| | | Jul 02 2021 23:04:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 15193258 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 02 2021 23:04:00 | KeyBank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15193261 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 02 2021 23:04:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15193260 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 02 2021 23:04:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15207709 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2021 23:16:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15218267 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 02 2021 23:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15193265 | + Email/Text: bnc@nordstrom.com | Jul 02 2021 23:04:16 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 15193266 | + Email/Text: bnc@nordstrom.com | Jul 02 2021 23:04:16 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15193270 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2021 23:04:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15193268 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2021 23:04:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15221476 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2021 23:04:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15193273 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2021 23:04:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15193272 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 02 2021 23:04:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15206151 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2021 23:16:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15193267 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Paypal Working Capital, PO Box 5018, Lutherville Timonium, MD 21094-5018 |
| 15193279 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15193280 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15193277 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Syncb/ebay, Po Box 965013, Orlando, FL 32896-5013 |
| 15193278 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15229177 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15193670 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15193282 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15193281 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15193284 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15193283 | + Email/PDF: gecsedi@recoverycorp.com | Jul 02 2021 23:16:19 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15229199 | + Email/Text: bncmail@w-legal.com | | |

| | | | |
|---|---|---|---|
| | | Jul 02 2021 23:04:00 | TD Bank USA, N.A., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15193289 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 02 2021 23:04:00 | Wayfair, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Mortgage, a Division of PNC Bank, National Ass |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15193218 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15193216 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15193243 | *P++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099, address filed with court:, Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 15193227 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15193224 | * | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15193225 | * | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15193223 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15193253 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15193254 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15193250 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15193251 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15193232 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15193233 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15193229 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15193230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15193271 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15193269 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15228090 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15215825 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021          Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 5 of 5 |
| Date Rcvd: Jul 02, 2021 | Form ID: pdf900 | Total Noticed: 77 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | on behalf of Debtor Richard E. Lawrence Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4