**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD E. LAWRENCE, JR. | Case No. 20-10080TPA |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| vs. Movant | Document No __ |
| KABBAGE | |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR HAS NOT CAHSED TRUSTEE'S CHECKS NOR RESPONDED TO REQUEST FOR INFORMATION

| | |
|---|---|
| KABBAGE<br>PO BOX 77081<br>ATLANTA, GA 30357 | Court claim# NC/Trustee CID# 6 |

The Movant further certifies that on 02/18/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>RICHARD E. LAWRENCE, JR., 10143 WILLIAMSON ROAD, MEADVILLE, PA 16335 | DEBTOR'S COUNSEL:<br>KENNETH M STEINBERG ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219 |
|---|---|
| ORIGINAL CREDITOR:<br>KABBAGE, PO BOX 77081, ATLANTA, GA 30357 | :<br>AMERICAN EXPRESS KABBAGE INC, PO BOX 7901, ATLANTA, GA  30357 |
| NEW CREDITOR: | |