Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard E. Lawrence Jr.**
  Debtor(s)

Bankruptcy Case No.: 20–10080–TPA
Related to Docket No. 80
Chapter: 13
Docket No.: 81 – 80
Concil. Conf.: 7/12/22 at 11:00 AM

**ORDER**

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **May 27, 2022,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **June 17, 2022,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **7/12/22** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 12, 2022

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 20-10080-TPA |
|---|---|
| Richard E. Lawrence, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Apr 12, 2022 | Form ID: 213 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard E. Lawrence, Jr., 10143 Williamson Road, Meadville, PA 16335-5159 |
| 15193220 | | Behalf, PO Box 781468, Philadelphia, PA 19178-1468 |
| 15193244 | ++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099 address filed with court:, Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 15193234 | + | Citgo Credit Card, 9510 W. 67th St., Shawnee, KS 66203-3614 |
| 15193252 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15193249 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15193257 | #+ | Kabbage, PO Box 77081, Atlanta, GA 30357-1081 |
| 15463694 | + | Kabbage, Inc., 925B Peachtree Street NE, Suite 383, Atlanta, GA 30309-3918 |
| 15193262 | | Meadville Medical Center, PO Box 219714, Kansas City, MO 64121-9714 |
| 15193264 | + | NCR-eRecovery, 506 Manchester Expressway, Suite A12, Columbus, GA 31904-6482 |
| 15225628 | + | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15193274 | + | Snap On Crdt, 950 Technology Way, Libertyville, IL 60048-5339 |
| 15193275 | + | Snap On Crdt, 950 Technology Way, Suite 301, Libertyville, IL 60048-5339 |
| 15193276 | | Staples Business, PO Box 78004, Phoenix, AZ 85062-8004 |
| 15193286 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15193285 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 12 2022 23:46:01 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 12 2022 23:46:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15218700 | | Email/Text: ally@ebn.phinsolutions.com | Apr 12 2022 23:38:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15193217 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 12 2022 23:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15193215 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 12 2022 23:38:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15193221 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:45:59 | BP Credit Card, C-O PO Box 965024, Orlando, FL 32896-0001 |
| 15223178 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 12 2022 23:46:11 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15193241 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 12 2022 23:38:00 | Citizens Bank, 480 Jefferson Blvd, Warwick, RI 02886 |

District/off: 0315-1 | User: auto | Page 2 of 5
Date Rcvd: Apr 12, 2022 | Form ID: 213 | Total Noticed: 79

| 15193242 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Apr 12 2022 23:38:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 15221653 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Apr 12 2022 23:38:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 15193226 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 12 2022 23:45:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15193222 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 12 2022 23:46:09 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15197280 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 12 2022 23:46:09 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15207830 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 12 2022 23:46:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15193236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:46:05 | Citi/L.L. Bean, Attn: Bankruptcy, Po Box 6742, Sioux Falls, SD 57117-6742 |
| 15193235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:46:05 | Citi/L.L. Bean, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15193237 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:46:13 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15193238 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:45:56 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15193240 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:46:04 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15193239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:46:05 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15193245 | + | Email/Text: rkiser@co.crawford.pa.us | | |
| | | | Apr 12 2022 23:38:00 | Crawford County Tax Claim Bureau, 903 Diamond Park, Meadville, PA 16335-2694 |
| 15193248 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:45:56 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15193247 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:46:04 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 15193246 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 12 2022 23:38:00 | Dental first, PO Box 182120, Columbus, OH 43218-2120 |
| 15220269 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Apr 12 2022 23:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15193252 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Apr 12 2022 23:38:00 | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15193249 | + | Email/Text: bncnotifications@pheaa.org | | |
| | | | Apr 12 2022 23:38:00 | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15226678 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 12 2022 23:38:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15193255 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Apr 12 2022 23:38:00 | Giant Eagle, PO Box 182789, Columbus, OH 43218-2789 |
| 15193256 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 12 2022 23:46:05 | Home Depot, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 15229113 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 12 2022 23:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15193219 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Apr 12 2022 23:45:59 | Amazon Visa, PO Box 15369, Wilmington, DE |

District/off: 0315-1 | User: auto | Page 3 of 5
Date Rcvd: Apr 12, 2022 | Form ID: 213 | Total Noticed: 79

| ID | Method | Date | Name/Address |
|---|---|---|---|
| | | | 19850 |
| 15193231 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2022 23:45:53 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15193228 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 12 2022 23:46:08 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15214842 | + Email/Text: RASEBN@raslg.com | Apr 12 2022 23:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15193259 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 12 2022 23:38:00 | KeyBank, 4910 Tiedeman Road, Oh-01-51-0622, Brooklyn, OH 44144-2338 |
| 15193258 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 12 2022 23:38:00 | KeyBank, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15193261 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2022 23:38:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15193260 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2022 23:38:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15207709 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2022 23:45:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15193263 | + Email/Text: Mercury@ebn.phinsolutions.com | Apr 12 2022 23:38:00 | Mercury Card, 1415 Warm Springs Rd, Columbus, GA 31904-8366 |
| 15218267 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 12 2022 23:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15193265 | + Email/Text: bnc@nordstrom.com | Apr 12 2022 23:38:00 | Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505 |
| 15193266 | + Email/Text: bnc@nordstrom.com | Apr 12 2022 23:38:00 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 15193270 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15193268 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15221476 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15193273 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15193272 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 12 2022 23:38:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 15206151 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 12 2022 23:46:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15193267 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:46:08 | Paypal Working Capital, PO Box 5018, Lutherville Timonium, MD 21094-5018 |
| 15193279 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:46:08 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 15193280 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:45:59 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15193277 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:46:08 | Syncb/ebay, Po Box 965013, Orlando, FL 32896-5013 |
| 15193278 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:45:53 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15229177 | + Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:46:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15193670 | + Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0315-1 | User: auto | Page 4 of 5 |
| Date Rcvd: Apr 12, 2022 | Form ID: 213 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 12 2022 23:45:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15193282 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:45:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15193281 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:46:00 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 15193284 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:46:08 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15193283 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 12 2022 23:45:59 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15229199 | + | Email/Text: bncmail@w-legal.com | Apr 12 2022 23:38:00 | TD Bank USA, N.A., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15193285 | + | Email/Text: bncmail@w-legal.com | Apr 12 2022 23:38:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15193286 | + | Email/Text: bncmail@w-legal.com | Apr 12 2022 23:38:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 15193287 | + | Email/PDF: tbiedi@PRAGroup.com | Apr 12 2022 23:46:01 | The Bureaus Inc, 650 Dundee Road, Northbrook, IL 60062-2747 |
| 15193288 | + | Email/PDF: tbiedi@PRAGroup.com | Apr 12 2022 23:46:01 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 15193289 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2022 23:38:00 | Wayfair, c/o Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |

TOTAL: 67

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Mortgage, a Division of PNC Bank, National Ass |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15193218 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15193216 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15193243 | *P++ | CONTINENTAL FINANCE COMPANY LLC, PO BOX 8099, NEWARK DE 19714-8099, address filed with court:, Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 15193227 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15193224 | * | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15193225 | * | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15193223 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15193253 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15193254 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15193250 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15193251 | *+ | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15193232 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15193233 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15193229 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15193230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15193271 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15193269 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15228090 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15215825 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, |

District/off: 0315-1                                     User: auto                                          Page 5 of 5
Date Rcvd: Apr 12, 2022                                 Form ID: 213                                    Total Noticed: 79

Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541

TOTAL: 1 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2022                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | |
| | on behalf of Creditor PNC Mortgage  a Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Kenneth M. Steinberg | |
| | on behalf of Debtor Richard E. Lawrence  Jr. julie.steidl@steidl-steinberg.com, kenny.steinberg@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 4