**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/07/2022

IN RE:

RICHARD E. LAWRENCE, JR.
10143 WILLIAMSON ROAD
MEADVILLE, PA 16335
XXX-XX-4950            Debtor(s)

Case No. 20-10080 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/7/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 0344 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PNC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 3   INT %: 5.24%<br>Court Claim Number: 19<br><br>CLAIM: 47,438.80<br>COMMENT: $@%/CL-PL*ALLY FINANCIAL/SCH-PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3924 |
| **ALLY BANK(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br><br>PHOENIX, AZ 85062-8367 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 20<br><br>CLAIM: 0.00<br>COMMENT: PD OUTSIDE/PL*ALLY FINANCIAL/SCH-PL*CL=9150.79 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7891 |
| **CRAWFORD COUNTY TAX CLM BUREAU***<br>CRAWFORD COUNTY COURTHOUSE<br>903 DIAMOND PARK SQ<br><br>MEADVILLE, PA 16335 | Trustee Claim Number: 5   INT %: 9.00%<br>Court Claim Number: 34<br><br>CLAIM: 1,095.88<br>COMMENT: 3217-031-2;19*$@%/CL-PL*WNTS 9%*STAT ISSUE~PRI/CL*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0312 |
| **KABBAGE INC**<br>925B PEACHTREE STREET NE SUITE 383<br><br>ATLANTA, GA 30309 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 35<br><br>CLAIM: 10,766.74<br>COMMENT: $/PL-CL@0%/PL@SEC*$179MO/PL*UNS/CL*LATE*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 4950 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 30<br><br>CLAIM: 0.00<br>COMMENT: PMT/DECLAR*700.88/PL*DKT4PMT-LMT*PNC MRTG/SCH-PL*BGN 2/20 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4820 |
| **SNAP-ON CREDIT LLC**<br>950 TECHNOLOGY WAY STE 350*<br><br>LIBERTYVILLE, IL 60048 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 14,621.13<br>COMMENT: $/CL-PL@0%/PL*242/MO | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8111 |
| **BEHALF FINANCING++**<br>126 5TH AVE FL 10<br><br>NEW YORK, NY 10011 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3490 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 2,575.73<br>COMMENT: X0408/SCH*SYNCHRONY*BP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0344 |

CLAIM RECORDS  Case 20-10080-TPA    Doc 85    Filed 06/07/22    Entered 06/07/22 14:46:33    Desc
Page 4 of 8

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  2,993.12<br>COMMENT:  CAP 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0487 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  951.38<br>COMMENT:  CAP 1*RELSURPLUS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9665 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  4,980.43<br>COMMENT:  CAP 1 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8332 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  2,895.65<br>COMMENT:  CAP 1*RCS DIRECT MARKETING | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0344 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  7,514.88<br>COMMENT:  DISNEY REWARDS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6362 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  5,411.03<br>COMMENT:  CHASE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9858 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  5,034.13<br>COMMENT:  CHASE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9232 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  4,969.81<br>COMMENT:  SYNCHRONY*CITGO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0797 |
| **CITIBANK****<br>POB 6241<br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~LL BEAN/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4792 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  5,977.71<br>COMMENT:  X2659/SCH*CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6259 |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 21   INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 5,033.21<br>COMMENT: CITIBANK*BBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5627 |
| **CITIZENS BANK NA\*\***<br>ONE CITIZENS BANK WAY JCA115<br><br>JOHNSTON, RI 02919 | Trustee Claim Number: 22   INT %: 0.00%<br>Court Claim Number: 26<br><br>CLAIM: 4,817.65<br>COMMENT: AUTO DFNCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1426 |
| **CONTINENTAL FINANCE**<br>POB 8099<br><br>NEWARK, DE 19714 | Trustee Claim Number: 23   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5527 |
| **DENTAL FIRST FINANCING**<br>PO BOX 659622<br><br>SAN ANTONIO, TX 78265 | Trustee Claim Number: 24   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8052 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 25   INT %: 0.00%<br>Court Claim Number: 22<br><br>CLAIM: 1,031.27<br>COMMENT: MACYS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7160 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number: 26   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0003 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number: 27   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **FED LOAN SERVICING**<br>PO BOX 790234<br><br>ST LOUIS, MO 63179 | Trustee Claim Number: 28   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 29   INT %: 0.00%<br>Court Claim Number: 27<br><br>CLAIM: 2,320.27<br>COMMENT: COMENITY*GIANT EAGLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2263 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number: 30   INT %: 0.00%<br>Court Claim Number: 17<br><br>CLAIM: 8,004.29<br>COMMENT: CITIBANK*THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6818 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **KEYBANK++** <br> 601 OAKMONT LANE STE 110 <br> WESTMONT, IL 60559 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO~RE/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4886 |
| **CAPITAL ONE NA**** <br> C/O BECKET & LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 7 <br> CLAIM: 1,744.82 <br> COMMENT: KOHLS | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7106 |
| **MEADVILLE MEDICAL CENTER** <br> 1034 GROVE STREET <br> MEADVILLE, PA 16335 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4941 |
| **FIRST FINANCIAL INVESTMENT FUNDS HOLDIN** <br> C/O JEFFERSON CAPITAL SYST LLC*-ASSIGNEE <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: 29 <br> CLAIM: 5,609.78 <br> COMMENT: X1176/SCH*BARCLAYS BANK*REF 3540914789 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6170 |
| **NORDSTROM INC** <br> C/O JEFFERSON CAPITAL SYSTEMS LLC <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: 28 <br> CLAIM: 3,958.35 <br> COMMENT: X0627/SCH*TD BANK*REF 3540487645 | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0267 |
| **PAYPAL++** <br> PO BOX 660433 <br> DALLAS, TX 75266-0433 | Trustee Claim Number: 36  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 37  INT %: 0.00% <br> Court Claim Number: 23 <br> CLAIM: 3,457.97 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9485 |
| **PNC BANK NA** <br> POB 94982 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 38  INT %: 0.00% <br> Court Claim Number: 24 <br> CLAIM: 7,325.04 <br> COMMENT: NO$/SCH*NATIONAL CITY | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2518 |
| **STAPLES++** <br> POB 9029 <br> DES MOINES, IA 50368-9029 | Trustee Claim Number: 39  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5537 |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2037 <br> WARREN, MI 48090 | Trustee Claim Number: 40  INT %: 0.00% <br> Court Claim Number: 18 <br> CLAIM: 721.47 <br> COMMENT: SYNCHRONY*EBAY | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8636 |

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:32<br>CLAIM: 5,118.30<br>COMMENT: SYNCHRONY*PPC*GEMB*GECRB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6260 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:31<br>CLAIM: 4,347.57<br>COMMENT: SYNCHRONY*AMAZON*REF 3537595263 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9506 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 5,202.07<br>COMMENT: SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1392 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:33<br>CLAIM: 3,552.18<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2264 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:25<br>CLAIM: 1,733.35<br>COMMENT: X4288/SCH*COMENITY CPTL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8052 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI 48090 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 758.75<br>COMMENT: X0147/SCH*COMENITY*WAYFAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8583 |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ND ADR~ASHLYNE LAWRENCE/SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 532.89<br>COMMENT: NT/SCH*FIRST NAT BANK OF MARIN*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0754 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 439.66<br>COMMENT: NT/SCH*PLAINS COMMERCE BANK*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5699 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:30<br>CLAIM: 1,735.50<br>COMMENT: $/CL-PL*PNC MRTG/SCH-PL*THRU 1/20 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4820 |

| CLAIM RECORDS | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** ATTN BANKRUPTCY NOTICING 4515 N SANTA FE AVE DEPT APS OKLAHOMA CITY, OK  73118 | Trustee Claim Number:51  INT %:  0.00% Court Claim Number: CLAIM:  0.00 COMMENT:  ALLY BANK/PRAE | CRED DESC:  NOTICE ONLY ACCOUNT NO.: |