FILED
7/8/22 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
RICHARD E. LAWRENCE, JR.    )
                            )
                            )   Case No.:20-10080TPA
                            )
    Debtor(s)                )   Chapter 13
                            )
                            )
Ronda J. Winnecour, Chapter 13 Trustee,  )
        Movant,              )   Related Document No.: 80, 93
    Vs.                      )
                            )
RICHARD E. LAWRENCE, JR.    )
                            )
    Respondent(s)            )

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
### REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on March 12, 2022 (document no. 80) is hereby WITHDRAWN.

Respectfully submitted,

7-6-2022                    /s/ Ronda J. Winnecour
Date                        Ronda J. Winnecour (PA I.D. #30399)
                            Attorney and Chapter 13 Trustee
                            U.S. Steel Tower – Suite 3250
                            600 Grant Street
                            Pittsburgh, PA  15219
                            (412) 471-5566
                            cmecf@chapter13trusteewdpa.com

SO ORDERED
July 08, 2022

*[signature]*
nms

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-10080-TPA
Richard E. Lawrence, Jr. Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 1
Date Rcvd: Jul 08, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard E. Lawrence, Jr., 10143 Williamson Road, Meadville, PA 16335-5159 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Mortgage a Division of PNC Bank, National Association bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Richard E. Lawrence Jr. chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4