**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RICHARD E. LAWRENCE, JR. | Case No.:20-10080 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/31/2020 and confirmed on 07/13/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 68,850.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,845.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 3,207.55 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,707.55 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 19,427.38 | 0.00 | 19,427.38 |
|     Acct: 4820 | | | | |
|   PNC BANK NA | 1,735.50 | 1,588.51 | 0.00 | 1,588.51 |
|     Acct: 4820 | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU* | 1,095.88 | 1,001.56 | 244.25 | 1,245.81 |
|     Acct: 0312 | | | | |
|   SNAP-ON CREDIT LLC | 14,621.13 | 13,382.74 | 0.00 | 13,382.74 |
|     Acct: 8111 | | | | |
|   ALLY BANK(*) | 47,438.80 | 22,453.30 | 5,039.71 | 27,493.01 |
|     Acct: 3924 | | | | |
|   ALLY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7891 | | | | |
| | | | | 63,137.45 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD E. LAWRENCE, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RICHARD E. LAWRENCE, JR. | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| KABBAGE INC | 10,766.74 | 0.00 | 0.00 | 0.00 |
| Acct: 4950 | | | | |
| BEHALF FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3490 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,575.73 | 0.00 | 0.00 | 0.00 |
| Acct: 0344 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,993.12 | 0.00 | 0.00 | 0.00 |
| Acct: 0487 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 951.38 | 0.00 | 0.00 | 0.00 |
| Acct: 9665 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 4,980.43 | 0.00 | 0.00 | 0.00 |
| Acct: 8332 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,895.65 | 0.00 | 0.00 | 0.00 |
| Acct: 0344 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 7,514.88 | 0.00 | 0.00 | 0.00 |
| Acct: 6362 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 5,411.03 | 0.00 | 0.00 | 0.00 |
| Acct: 9858 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 5,034.13 | 0.00 | 0.00 | 0.00 |
| Acct: 9232 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,969.81 | 0.00 | 0.00 | 0.00 |
| Acct: 0797 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4792 | | | | |
| LVNV FUNDING LLC | 5,977.71 | 0.00 | 0.00 | 0.00 |
| Acct: 6259 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 5,033.21 | 0.00 | 0.00 | 0.00 |
| Acct: 5627 | | | | |
| CITIZENS BANK NA** | 4,817.65 | 0.00 | 0.00 | 0.00 |
| Acct: 1426 | | | | |
| CONTINENTAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5527 | | | | |
| DENTAL FIRST FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8052 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,031.27 | 0.00 | 0.00 | 0.00 |
| Acct: 7160 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0003 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| FED LOAN SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 2,320.27 | 0.00 | 0.00 | 0.00 |
| Acct: 2263 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 8,004.29 | 0.00 | 0.00 | 0.00 |
| Acct: 6818 | | | | |
| KEYBANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4886 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | CAPITAL ONE NA** | 1,744.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 7106 | | | | |
| | MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4941 | | | | |
| | FIRST FINANCIAL INVESTMENT FUNDS H | 5,609.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 6170 | | | | |
| | NORDSTROM INC | 3,958.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 0267 | | | | |
| | PAYPAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PNC BANK NA | 3,457.97 | 0.00 | 0.00 | 0.00 |
| | Acct: 9485 | | | | |
| | PNC BANK NA | 7,325.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 2518 | | | | |
| | STAPLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5537 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 721.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 8636 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 5,118.30 | 0.00 | 0.00 | 0.00 |
| | Acct: 6260 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 4,347.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 9506 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 5,202.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 1392 | | | | |
| | TD BANK USA NA** | 3,552.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 2264 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFO | 1,733.35 | 0.00 | 0.00 | 0.00 |
| | Acct: 8052 | | | | |
| | MIDLAND CREDIT MANAGEMENT INC | 758.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 8583 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0754 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5699 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0344 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                            63,137.45

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 64,891.31 |
| UNSECURED | 118.806.95 |

Date: 01/10/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com