**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Richard E. Lawrence, Jr. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number | 20-10080        TPA |

## Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.

**Court claim no.** (if known): 30

**Last 4 digits** of any number you use to identify the debtor's account:   4   8   2   0

**Date of payment change:**
Must be at least 21 days after date of this notice
04/01/2021

**New total payment:**
Principal, interest, and escrow, if any
$ _____ 596.82

---

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**   $ _____        **New escrow payment:**   $ _____

---

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**   _____%        **New interest rate:**   _____%

   **Current principal and interest payment:** $ _____        **New principal and interest payment:** $ _____

---

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:   Daily Simple Interest Accrual for Billing Period

   **Current mortgage payment:** $ _____ 636.54        **New mortgage payment:** $ _____ 596.82

---

Debtor 1    Richard E. Lawrence, Jr.
     First Name    Middle Name    Last Name

Case number *(if known)*    20-10080

---

| **Part 4:** | **Sign Here** |
| --- | --- |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jodi Porter                                                         Date  03/08/2021
  Signature

Print:    Jodi Porter                                          Title  Bankruptcy Specialist
      First Name   Middle Name   Last Name

Company    PNC Bank, N.A.

Address    PO Box 94982
      Number     Street

      Cleveland                              OH      44101
      City        State   ZIP Code

Contact phone    855-245-3814                    Email  bankruptcy@pnc.com

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Erie)

| IN RE: Richard E. Lawrence, Jr. | Case No.  20-10080 |
| | Judge     Thomas P. Agresti |
| | Chapter  13 |

<u>CERTIFICATE OF SERVICE OF</u>
<u>Notice of Mortgage Payment Change</u>

   I, the undersigned, hereby certify that, on  03/08/2021 , a true and correct copy of the Notice
of Mortgage Payment Change was electronically served upon the following using the Court's
CM/ECF system:

Debtor's Attorney:  Kenneth M. Steinberg
Trustee:  Ronda J. Winnecour
Office of the United States Trustee

   Further, I certify that, on  03/08/2021 , a true and correct copy of the Notice of Mortgage
Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly
addressed, to the following at the address shown below:

Richard E. Lawrence, Jr.         10143 Williamson Road
                                 Meadville, PA 16335

                                      By: /s/ Jodi Porter
                                      Jodi Porter
                                      PNC Bank, N.A.
                                      PO Box 94982
                                      Cleveland OH 44101
                                      855-245-3814